UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREEK FARMS INTERNATIONAL, LLC,

GREEK FARMS INTERNATIONAL, LLC,

Plaintiff(s),

-against-

ALPHA PRO INC. and ANDREASKASOTIS

ALPHA PRO INC. and ANDREASKASOTIS,

Defendant(s).

RECEIVED
SDNY PRO SE OFFICE

2021 APR 15  PM 2: 36

Docket No: 1:20 CV -07076 ( -ER )(    )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have
  completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court
and all parties.

Andreas Kasotis                                    ☐ Plaintiff
                                                   ☑ Defendant

Name (Last, First, MI)

7114 locust Street.      Upper Darby    PA           19082

Address              City              State        Zip Code

610 324 3439             akasotis@gmail.com

Telephone Number         e-mail address

4/12/20                  *Andreas Kasotis*

Date                     Signature

Anysteees Kasotis
7714 Locust street
Upper Darby, PA 19082

USMD3
SDNY

PHILADELPHIA PA 190
13 APR 2021  PM 8  L

FOREVER / USA
Day 2021

United States District Court
500 Pearl Street
New York, NY 10007

ATN: Peo Se. Intake Unit