| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Copies Mailed/Faxed<br>Chambers of Edgardo Ramos |
| GREEK FARMS INTERNATIONAL, LLC,<br>                           Plaintiff,<br>– against –<br>ALPHA PRO INC., and ANDREAS KASOTIS,<br>                           Defendants. | **ORDER**<br>20 Civ. 7076 (ER) |

Ramos, D.J.:

On April 8, 2021, the Court held a show cause hearing on Plaintiff's motion for a default judgment. Plaintiff was instructed to contact defendants' former attorney and file a status report by April 15, 2021. The Court is in receipt of Plaintiff's status report dated April 15, 2021, which advised that defendants' former counsel has not been retained to represent defendants in this matter, but that this attorney informed defendant Kasotis of the action. *See* Doc. 18. On April 15, 2021, Defendant Kasotis filed a notice of *pro se* appearance. *See* Doc. 19.

In light of Kasotis' notice of appearance, the parties are instructed to submit a joint status report by no later than April 28, 2021. Kasotis is further directed that counsel must appear on behalf of Alpha Pro, Inc. within one week of this Order, or by April 23, 2021, or Alpha Pro will be at risk of being held in default. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (a corporation may not appear *pro se*).

It is SO ORDERED.

Dated:   April 16, 2021
             New York, New York

                                                                  Edgardo Ramos, U.S.D.J.